AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  26-mj-8225-PGL |
| Wilson Alfredo Figueroa-Landaverde | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 1, 2026___ in the county of ___Middlesex___ in the ___ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC §1326(a) | Unlawful reentry of deported alien |

This criminal complaint is based on these facts:

Please see attached Affidavit of Deportation Officer Christopher R. Jordan, ICE-ERO attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_Christopher R. Jordan /by Paul G. Levenson_
*Complainant's signature*

Deportation Officer Christopher R. Jordan, ICE-ERO
*Printed name and title*

Attested to by the applicant by telephone in accordance with the requirements of Fed. Rule Crim. P. 4.1.

Date: ___07/16/2026___

*Judge's signature*

City and state: ___Boston, Massachusetts___

Hon. Paul G. Levenson, Chief Magistrate Judge
*Printed name and title*