✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Everett, MA    **Category No.** II    **Investigating Agency** ICE-ERO

**City** Everett, MA

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    26-mj-8225-PGL
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

Defendant Name    Wilson Alfredo Figueroa-Landaverde    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address:    34 Clark Street, Everett, Massachusetts.

Birth date (Yr only): 1995    SSN (last 4#): _____    Sex: M    Race _____    Nationality: El Salvador

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:    Catherine Conroy    Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Spanish

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☑ Already in Federal Custody as of    July 1, 2026    in    ICE Custody    .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony one

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/16/2026    Signature of AUSA: */s/ Catherine Conroy*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Wilson Alfredo Figueroa-Landaverde

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(a) | Unlawful re-entry of deported alien | one |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013